UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEMENT MASONS LOCAL 780 PENSION FUND, BY ITS BOARD OF TRUSTEES MICHAEL RENDINA, PASQUALINO D'ANGELO, EDDIE BARBARIA, MICHAEL SALGO, JOSEPH MITRIONE AND KEVIN O'BRIEN, ANNUITY AND WELFARE FUNDS OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, BY THEIR BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE BARBARIA, DAVID GENTILLE, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN JOSEPH MITRIONE AND DAVID RAMPONE, APPRENTICESHIP FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE BARBARIA, DAVID GENTILLE, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN AND JOSEPH MITRIONE, LABOR MANAGEMENT COOPERATION FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, EDDIE BARBARIA, MICHAEL RENDINA, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN AND JOSEPH MITRIONE, AND LOCAL 780 OF THE OPERATIVE PLASTERERS'AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, AFL-CIO BY ITS BUSINESS MANAGER/FINANCIAL SECRETARY MICHAEL RENDINA,

Plaintiffs,

No. 25-CV-7791 (RA)

ORDER

|                          |
|--------------------------|
| v.                       |
| SRR HOLDINGS, LLC,       |
| Defendant.               |

RONNIE ABRAMS, United States District Judge:

The telephonic hearing in the above captioned matter scheduled for Friday, November 21, 2025 is hereby adjourned to Monday, November 24 at 3:00 p.m.

SO ORDERED.

Dated:   November 13, 2025
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge